172

## JAMES ABBOTT
v.
## JOSEPH WILKINSON

1809

### JOURNAL ENTRIES

1. Declaration filed; appearance; rule into custody   *Journal, infra*, \*p. 219
2. Plea filed; replication filed; issue . . . . . . . . . . "   224
3. Jurors; verdict; judgment . . . . . . . . . . . "   225

### PAPERS IN FILE
[None]

## UNITED STATES
v.
## JAMES ANDERSON

1809

### JOURNAL ENTRIES

1. Declaration filed; rule to bring body   . . . *Journal, infra*, \*p. 219
2. Motion for judgment; argument heard . . . . . . "   241
3. Special bail; plea; issue   . . . . . . . . . . "   242
4. Appearance . . . . . . . . . . . . . . "   298
5. Jurors; verdict; judgment . . . . . . . . . "   306
6. Motion to tax costs   . . . . . . . . . . . "   307
7. Motion to tax costs   . . . . . . . . . . . "   324
8. Motion overruled . . . . . . . . . . . . "   327

### PAPERS IN FILE
[None]